UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. PRICE,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN, et al.,<br><br>         Defendants. | Case No. 24-cv-08631-JSW<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 5 |

On January 13, 2025, the Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief.  (ECF No. 4.)  Plaintiff was granted 28 days to file an amended complaint and warned that if he did not do so the case would be dismissed.  He has not filed an amended complaint, requested an extension of time, or shown cause why not.  This case is accordingly DISMISSED with prejudice.  *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

Plaintiff's motion for appointment of counsel is DENIED.  There is no right to counsel in a civil case, and at least at this stage, the case is not complex: to successfully amend the complaint, Plaintiff need only request and provide the last names of the NSH staff members whom he intends to sue.  He has not shown cause why he cannot do that.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
JEFFREY S. WHITE
United States District Judge